UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

MARLON GUSTAVO ZAPATA AROSTEGUI,

Petitioner,

v.

JEREMY CASEY, Facility Administrator of Imperial Regional Detention Facility; *et al.*,

Respondents.

Case No.: 26-cv-4427-BJC-JLB

**ORDER GRANTING PETITIONER'S UNOPPOSED MOTION TO VOLUNTARILY DISMISS HABEAS PETITION WITHOUT PREJUDICE**

**[ECF No. 1, 5, 6]**

Upon Marlon Gustavo Zapata Arostegui's ("Petitioner") Unopposed Motion to voluntarily Dismiss Habeas Petition Without Prejudice, and good cause appearing, **IT IS HEREBY ORDERED** that the Unopposed Motion is **GRANTED**, and the case is dismissed without prejudice. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

Dated: September 14, 2026

Honorable Benjamin J. Cheeks
United States District Judge